UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CANDICE L. HUCKRIEDE,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 6:22-CV-01415-AR<br><br>ORDER OF REMAND |

Based on the stipulation of the parties, the Court hereby ORDERS that this case be remanded to the agency for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to offer the claimant the opportunity for a hearing, further develop the record as necessary, and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this 22nd day of September, 2023.

_____
UNITED STATES MAGISTRATE JUDGE